IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>v.<br>**CHRISTINA ESTERAS** | Case No. 2:19-cr-00359-JDW |

# ORDER

**AND NOW**, this 2nd day of April, 2020, upon consideration of the Defendant's Motion for Reduction of Sentence (ECF No. 30), and the Government's Response to the Motion (ECF No. 31), and for the reasons set forth in the accompanying Memorandum, the Motion is **DENIED**.

BY THE COURT:

/s/ Joshua D. Wolson
**JOSHUA D. WOLSON, J**.