# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CHRISTINA ESTERAS** | Case No. 2:19-cr-00359-JDW |

## ORDER

**AND NOW**, this 2nd day of March, 2021, upon consideration of Defendant's Motion To Reduce Sentence Pursuant To 18 U.S.C. § 3582(c)(1)(A)(i), (ECF No. 47), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Joshua D. Wolson
**JOSHUA D. WOLSON, J.**